UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| In re:<br>Yonder M. Gillihan,<br>Debtor. | CHAPTER 7<br>CASE NO. 09-44764-JBR |
|---|---|

### Order Granting U.S. Bank, N.A. Relief From The Automatic Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that U.S. Bank, N.A., its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Yonder Gillihan and Natalie Gillihan to NE Moves Mortgage Corporation, dated July 7, 2005 and recorded with the Worcester County (Worcester District) Registry of Deeds at Book 36754, Page 375 and which covers the premises located at 8 Rogers Drive, Worcester, MA 01604, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

*Joel B. Rosenthal*
12/22/2009

Honorable Joel B. Rosenthal
United States Bankruptcy Judge

200912-0335